AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NINA SHAHIN
_____
Plaintiff
V.
STATE OF DELAWARE
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    0 6 - 2 8 9

I, _____NINA SHAHIN_____ declare that I am the (check appropriate box)

( • • )  Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
MAY – 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    • •Yes    (•)•No    (If "No" go to Question 2)

      If "YES" state the place of your incarceration _____

      **Inmate Identification Number (Required):**_____

      Are you employed at the institution? _____ Do you receive any payment from the institution? _____

      *Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
      transactions*

2.    Are you currently employed?    • •Yes      •(No)

      a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a
            and give the name and address of your  employer.

      b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
            salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | (•)• No |
| b. | Rent payments, interest or dividends | • • Yes | (•)• No |
| c. | Pensions, annuities or life insurance payments | • • Yes | (•)• No |
| d. | Disability or workers compensation payments | • • Yes | (•)• No |
| e. | Gifts or inheritances | • • Yes | (•)• No |
| f. | Any other sources | • • Yes | (•) No |

      If the answer to any of the above is "YES" describe each source of money and state the amount
      received *AND* what you expect you will continue to receive.

3 b. abose  – date of last employment – 9/4/2005
            – amt of take home salary – was paid biweekly on a
            – home & address of last employ salary of $ 64,000 annually

Howard Business Services Inc. 16192 Coastal Hwy Lewes DE 19958

AC 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.      Do you have any cash or checking or savings accounts?        ⊙ Yes    ••No

*checking, saving has balance of $2.00*

If "Yes" state the total amount $ *Varies but it is in my husband's name who is primary holder, and balance after I bills are paid varies between $6-2 monthly*

5.      Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

        ⊙ Yes    ••No

        If "Yes" describe the property and state its value.

        ① *House we live in*

        ② *auto is paid off (model 1999) needs more than $2,000 in repairs for which I do not have any money*

*Mortgage on the house & title deed on the car are in the name of the trust not mine*

6.      List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

        *Nobody*

I declare under penalty of perjury that the above information is true and correct.

05/01/2006
DATE

SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**