OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**June 20, 2006**

**Nina Shahin**
103 Shinnecock Road
Dover, DE 19904

RE: CA 06-289 GMS

Dear Ms. Shahin:

Per your telephone request, enclosed are two USM Forms 285 and a sample/instruction form.

Please return the completed forms to the Clerk's Office, U.S. District Court, 844 N. King St., Wilmington, DE 19801.

/re BY:

Deputy Clerk

Sincerely,

PETER T. DALLEO
CLERK