**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NINA SHAHIN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-289 GMS |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF FINANCE, ) | |
| ) | |
|     Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

COMES NOW, the above-captioned Defendant, by and through counsel, and hereby moves this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R.Civ.P. 12(b)(1) and/or 12(b)(6), for the reasons set forth in the accompanying Defendant's Opening Brief in Support of Motion to Dismiss Complaint.

                                                      **DEPARTMENT OF JUSTICE**
                                                      **STATE OF DELAWARE**

                                                 By:  /s/Stephani J. Ballard
                                                     STEPHANI J. BALLARD, I.D. #3481
                                                     Deputy Attorney General
                                                     Carvel State Office Building
                                                     820 North French Street
                                                     Wilmington, DE 19801
                                                     (302) 577-8400
                                                     Attorney for Defendant

DATED: October 10, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on **October 10, 2006**, she caused the attached ***Defendant's Motion to Dismiss Complaint*** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Nina Shahin
103 Shinnecock Road
Dover, DE 19904

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient.

  X     Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_   Two true copies by Federal Express.

\_\_\_\_\_   Two true copies by hand delivery to each recipient.


  /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. No. 3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for Defendant