IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-289-GMS |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF FINANCE ) | |
| ) | |
| Defendant, ) | |

FILED OCT 10 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S SECOND MOTION TO AMEND THE ORIGINAL CLAIM AND TO ENLARGE THE SCOPE OF THE LAWSUIT TO INCLUDE OTHER INCIDENTS OF DISCRIMINATION

COMES NOW Plaintiff, Nina Shahin, and respectfully moves this Honorable Court to enter an Order Granting an amendment of original complaint and enlargement of scope of the lawsuit pursuant to Fed. R. Civ. P. (15)(c) to include 2 additional incidents of discrimination alleged by the plaintiff that have not been filed as discrimination claims yet. The incidents that are requested to be included are listed at the Exhibit A attached to this Motion.

PLAINTIFF

October 6, 2006

*signature*

NINA SHAHIN

103 Shinnecock Rd.
Dover, DE 19904
(302)678-1805

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vi. | ) C.A. No. 06-289 GMS |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF FINANCE | ) |
| | ) |
| Defendant, | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, Plaintiff's Motion for Amendment and Enlargement of the Original Complaint having been heard and considered by the Court, it is hereby **ORDERED** that the Motion is **GRANTED** and the defendant shall file a responsive pleading to the Amended Complaint on or Before **November 5, 2006.**

_____
J.

**EXHIBIT A**

## PENDING CASES

| Position/Division | Date Applied | Dated Denied | Current Status |
|---|---|---|---|
| 11. Accountant IV | 06/27/2006 | 09/06/2006 | Have not applied to DE Dept. of Labor |
| 12. Accountant V | 06/28/2006 | 09/06/2006 | " " |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 6, 2006, she caused the attached *Plaintiff's Motion to Amend the Original Claim and to Enlarge the Scope of the Suit to Include Other Incidents of Discrimination* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENTS:**

1. **U.S. District Court**
   844 King Street
   U.S. Courthouse
   Wilmington, DE 19801

   MANNER OF DELIVERY:

   Original and a copy by certified mail with return receipt

2. **Stephani J. Ballard, # 3481**
   Deputy Attorney General
   Department of Justice
   State of Delaware
   Carvel State Office Building
   820 North French Street, 6th fl.
   Wilmington, DE 19801
   Attorney for Defendant

   MANNER OF DELIVERY:

   Two true copies by first class mail, postage prepaid





**Misericordia**
*NSF Young Scholars Program*
*Explorations in Mathematics and Biology*

Nina Shahin, CPA, MAS, MST
103 Shinnecock Rd.
Dover, DE 19904





7004 1160 0004 3854 5923

U.S. District Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
WILMINGTON, DE
19801
OCT 07 '06
AMOUNT
$4.88
00079341-10

19801

CONTENTS
☐ LIQUID
☐ FRAGILE
☐ PERISHABLE
☐ POTENTIALLY HAZARDOUS
☒ NONE OF THE ABOVE