IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-289 GMS |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF FINANCE | ) |
| | ) |
| Defendant | ) |

### ORDER

WHEREAS, on May 3, 2006, a complaint was filed in the above-captioned matter (D.I. 1);

WHEREAS, on October 10, 2006, the defendant filed a motion to dismiss (D.I. 12);

WHEREAS, pursuant to local rule, the plaintiff's answering brief in opposition was due on October 24, 2006;

WHEREAS, the court's docket reflects no answer or other response was filed by the plaintiff;

IT IS HEREBY ORDERED that:

The plaintiff will answer the defendant's motion within ten (10) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

June \_\_\_7\_\_\_, 2007



FILED

JUN - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE