# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

NINA SHAHIN

DISTRICT COURT
DOCKET NUMBER: C.A.No.06-289 GMS

v.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

DISTRICT COURT
JUDGE: Gregory M. SLEET

Notice is hereby given that  NINA SHAHIN
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[X] Other (specify) MEMORANDUM DECISION

entered in this action on  March 27, 2008
(date)

Dated: April 6, 2008

Pro Se  /s/ N. Shahin
(Counsel for Appellant-Signature)

NONE
(Name of Counsel - Typed)

103 Shinnecock Rd
(Address)

Dover, DE 19904
(City, State Zip)

(302)678-1805
(Telephone Number)

FILED
APR - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned
NO FEE

Stephani J. BALLARD
(Counsel for Appellee)

Deputy Attorney General
(Address)

Carvel State Office Building
(City, State Zip)

820 North French St.
(Telephone Number)
Wilmington, DE 19801
(302)577-8400

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.




Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904

U.S. POSTAGE PAID
DOVER, DE
19901
APR 07, '08
AMOUNT
$5.21

CERTIFIED MAIL
7005 1820 0000 1377 2663

Office of the Clerk
UNITED STATES DISTRICT COURT
844 N. King Street
Wilmington, DE 19801-3570